IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| | ) | Case No. 2:17-bk-04329 DPC |
| *DOUGLAS CHARLES TRAPPE* | ) | |
| | ) | DECLARATION OF |
| | ) | INTERNET AUCTIONEER |
| Debtor(s) | ) | |

I, **David A. Birdsell**, Managing Member of BKAssets.com, LLC, hereby declare as follows:

1.     I am the Managing Member of BKAssets.com, LLC an Internet auction company.

2.     Our office location is at 216 N. Center St. Mesa, AZ 85201.

3.     Except as noted herein, myself or the firm BKAssets.com, LLC has no connection with the debtor, creditors, case trustee, or any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee. Mr. Birdsell does serve on the Panel of Chapter 7 trustees in the District of Arizona.

4.     Myself or the firm BKAssets, LLC, neither holds nor represents any interests adverse to the debtor or its estate in the matters upon which it is engaged.

5.     I have reviewed the Application for Appointment of Internet Auctioneer as prepared by the Trustee, in the above-referenced bankruptcy case, dated 6/6/17 and agree with the representations made therein.

I, **David A. Birdsell**, Managing Member of BKAssets.com, LLC, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th - Day of June , 2017 by:


  /s/ David A. Birdsell
David A. Birdsell, Managing Member
BKAssets.com, LLC