IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| DOUGLAS CHARLES TRAPPE ) | CASE NO. 2:17-bk-04329 DPC |
| ) | |
| ) | TRUSTEE'S MOTION TO SELL |
| ) | RAW UN-IMPROVED LAND |
| Debtor(s). ) | UTILIZING THE INTERNET WITH |
| ) | NEGATIVE NOTICE TO CREDITORS |

**ROGER W. BROWN**, Chapter 7 trustee, hereby moves the Court to approve the sale of raw, un-improved real estate utilizing the Internet without a hearing, but by giving the creditors of the estate 20 day negative notice.

The Debtor owns parcel #201-49-007 of un-improved land in Apache County, AZ. The Trustee desires to sell the land utilizing the Internet to give the land maximum exposure. The land will be sold as is, where is with no warranties implied or stated. The trustee intends to transfer the property with only a Trustee's deed.

The Trustee believes in his best judgment this is the best way to sell this parcel. Further, the Trustee believes the sale does not warrant an actual hearing before the Court unless a creditor files an objection to the Notice of Sale. The Notice of Sale will provide creditors 21 days to object and an opportunity for a hearing.

Respectfully submitted this 6th day of June, 2017 by:

/s/ Roger W. Brown
*ROGER W. BROWN*, Trustee