SO ORDERED.

Dated: June 12, 2017

*Daniel P. Collins*

Daniel P. Collins, Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| | |
| | CASE NO. 2:17-bk-04329 DPC |
| ***DOUGLAS CHARLES TRAPPE*** | |
| | ORDER APPROVING TRUSTEE'S MOTION TO SELL RAW UN-IMPROVED LAND UTILIZING THE NTERNET WITH NEGATIVE NOTICE TO CREDITORS |
| Debtor(s). | |

**ROGER W. BROWN**, Chapter 7 Trustee, having moved the Court to approve the sale of Parcel # 201-49-007 of raw, un-improved real estate utilizing the Internet without a hearing, but by giving the creditors of the estate 20 day negative notice; and for good appearing.

IT IS HEREBY ORDERED, approving the Trustee's Motion to allow the Trustee to sell the above mentioned land utilizing a 21-day negative notice procedure.